■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOANN BACCHI, Appellant. [662 NYS2d 275] —Appeal by the defendant, as limited by her motion, from a sentence of the

County Court, Nassau County (Palmieri, J.), imposed February 6, 1996, on the ground that the sentence is illegal.

Ordered that the sentence is affirmed (*see, People v Stauss,* 221 AD2d 387; *People v Lugo,* 191 AD2d 648). Mangano, P. J., Rosenblatt, Thompson, Joy and Goldstein, JJ., concur.